**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Thomas M. SCHNEPPER, Defendant— Appellant.**

No. 06–10338.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 28, 2007.

Office of the U.S. Attorney, Honolulu, HI, Michael A. Rotker, Esq., U.S. Dept. of Justice, Washington, DC, for Plaintiff–Appellee.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Thomas M. Schnepper appeals from the district court's order declining to resentence Schnepper following remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Schnepper has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.